BOWKERIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-01599-MDB

RACHEL FREY,

        Plaintiff,

v.

WELLPATH, LLC; THE BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF EL PASO COUNTY, COLORADO; SHERIFF JOSEPH
ROYBAL, in his official capacity; CATHOLIC HEATH INITIATIVES
COLORADO, d/b/a PENROSE HOSPITAL; COMMONSPIRIT HEALTH; NICK
MAROSTICA, individually; AMBER MAI, individually, CHRISTOPHER
BROWN, individually; TRAUDY DELACRETAZ, individually; COLBY
AUSSIEKER, individually; JAMES DODGE, individually; TRISHA MATHILL,
individually; HEATHER DITMORE, individually; O'NEIL BOGUES,
individually; JACOB DELONG, individually; WILLIE BOND, individually;
KIARLA BELTZ, individually; SHANI WEBB, individually; GEORGE
SANTINI, individually; ELIANA CORAL, individually,

        Defendants.

---

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES Christopher Jones and Elizabeth McGowan of the law firm Gordon Rees Scully Mansukhani LLP ("Moving Counsel"), who hereby move before this Court for an Order withdrawing them as counsel for Defendant Elaina Coral in this matter. In support of this motion, the undersigned states as follows:

1.      Defendant Wellpath, LLC, retained Gordon Rees Scully Mansukhani to represent Ms. Coral in this action.

2.      Good cause exists for withdrawal. Wellpath, LLC, pursuant to it employee agreement with Ms. Coral, is responsible for attorneys' fees and costs for Moving Counsels'

1

services rendered in defending Ms. Coral. As a result of the bankruptcy, Wellpath is no longer required to honor its agreement to provide a defense for Ms. Coral.[1] On December 5, 2025, Wellpath notified Ms. Coral that it was withdrawing its defense of them as they no longer work for Wellpath, LLC. Therefore, Wellpath will no longer pay attorneys' fees and costs with respect to defense of Ms. Coral.

3.      On December 8, 2025, undersigned counsel notified via letter[2] Ms. Coral that Wellpath had withdrawn its defense of them. Additionally, Wellpath requested that if Ms. Coral wanted GRSM to remain as counsel to inform her of the same. As of the date of this motion, Moving Counsel has not been retained as counsel by Ms. Coral. Therefore, good cause exists for withdrawal.

4.      On February 2, 2026, undersigned counsel sent Ms. Coral this Motion. Additionally, undersigned counsel informed Ms. Coral that she was responsible for complying with all court orders and time limitations established by applicable statutes and rules pursuant to D.C.COLO.LAttyR 5(b).

5.      In preparation to file this Motion, undersigned counsel notified Ms. Coral via email that this Motion was being filed and she would be responsible for abiding by Court orders.

5.      Conferral is not required as this motion is brought pursuant to D.C.COLO.L.AttyR 5(b). *See* D.C.COLO.LCivR.7(b)(4).

6.      Defendants' last known contact information is as follows:

> Elaina Coral
> 719-428-9607
> Eliana.coral67@gmail.com

---

[1] See Bankruptcy Court Dkt. No. 9207 at Paragraph 5 ("Such holders of Claims and Interests remain enjoined from enforcing recovery from the Debtors, the Debtors' estates, or the Post-Restructuring Debtors with respect to any indemnification obligations for such employees; provided, that nothing shall prevent the Post-Restructuring Debtors from electing to honor such indemnification rights pursuant to the provisions of the Plan").
[2] The contents of the letter are protected by attorney-client privilege.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order allowing Christopher Jones and Elizabeth McGowan of Gordon Rees Scully Mansukhani to withdraw as attorneys of record for Defendant Eliana Coral.

Respectfully submitted this 6th day of February 2026.

**GORDON REES SCULLY
MANSUKHANI, LLP**


 /s/  Christopher R. Jones
Christopher R. Jones, #41488
Elizabeth B. McGowan, NC Bar No. 61001
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
crjones@grsm.com
emcgowan@grsm.com
Attorneys for Eliana Coral

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2026, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/  Christopher R. Jones*